No. 92–842. EMORY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–845. KENNEALLY v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–846. MARTIN ET AL. v. OHIO TURNPIKE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 92–847. HENSS v. MARTIN, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari denied.

No. 92–852. BISHOP v. SOUTHRAIL CORP. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–860. AVILA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–864. ALEXANDER v. RICE, SECRETARY OF THE AIR FORCE. C. A. 10th Cir. Certiorari denied.

No. 92–870. O'BRIEN v. CONSOLIDATED RAIL CORPORATION. C. A. 1st Cir. Certiorari denied.

No. 92–871. WEICHERT v. ROBERTS. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 92–891. DONESKI ET UX. v. MARYLAND COMPTROLLER OF THE TREASURY. Ct. Sp. App. Md. Certiorari denied.

No. 92–892. CONSOLIDATION COAL CO. v. SNIDER. C. A. 7th Cir. Certiorari denied.

No. 92–897. REYNOLDS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–911. PIPEFITTERS PENSION TRUST ET AL. v. WALDO. C. A. 8th Cir. Certiorari denied.

No. 92–915. DOFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.